**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINIOS**

In re: BENJAMIN HARRIS § Case No. 10-76345
      WANDA HARRIS § 
§
Debtors §

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Lydia S. Meyer, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 12/31/2010.

2) The plan was confirmed on 06/10/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C § 1329 on 07/11/2013.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 04/03/2014.

5) The case was dismissed on 05/02/2014.

6) Number of months from filing or conversion to last payment: 39.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $38,585.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

### Receipts:

|  |  |  |
|---|---:|---:|
| Total paid by or on behalf of the debtor | $ 62,112.25 |  |
| Less amount refunded to debtor | $ 1,683.01 |  |
| **NET RECEIPTS** |  | $ 60,429.24 |

### Expenses of Administration:

|  |  |  |
|---|---:|---:|
| Attorney's Fees Paid Through the Plan | $ 2,674.00 |  |
| Court Costs | $ 0.00 |  |
| Trustee Expenses & Compensation | $ 3,262.33 |  |
| Other | $ 0.00 |  |
| **TOTAL EXPENSES OF ADMINISTRATION** |  | $ 5,936.33 |
| Attorney fees paid and disclosed by debtor: | $ 826.00 |  |

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---:|---:|---:|---:|---:|
| GERACI LAW L.L.C. | Lgl | 3,500.00 | 3,500.00 | 3,500.00 | 2,674.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Sec | 0.00 | 120,720.18 | 0.00 | 0.00 | 0.00 |
| BAC HOME LOANS SERVICING LP | Sec | 10,000.00 | 8,474.15 | 8,474.15 | 8,474.15 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 15,000.00 | 17,994.76 | 15,000.00 | 14,617.04 | 1,536.32 |
| SANTANDER CONSUMER USA INC | Uns | 2,165.00 | 0.00 | 2,994.76 | 599.89 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 16,600.00 | 28,190.09 | 16,600.00 | 16,154.39 | 1,714.37 |
| SANTANDER CONSUMER USA INC | Uns | 11,590.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD ACCEPTANCE | Uns | 2,412.00 | 1,888.45 | 1,888.45 | 378.28 | 0.00 |
| INTERNAL REVENUE SERVICE | Pri | 2,317.00 | 2,249.48 | 2,249.48 | 2,249.48 | 0.00 |
| INTERNAL REVENUE SERVICE | Uns | 0.00 | 64.26 | 64.26 | 0.00 | 0.00 |
| 1ST REVENUE ASSURANCE | Uns | 2,957.00 | NA | NA | 0.00 | 0.00 |
| AAA COMMUNITY FINANCE I | Uns | 500.00 | 264.42 | 264.42 | 46.47 | 0.00 |
| ADVANCE CASH EXPRESS | Uns | 700.00 | 700.00 | 700.00 | 140.22 | 0.00 |
| ALL CREDIT LENDERS | Uns | 1,038.00 | 1,103.49 | 1,103.49 | 209.28 | 0.00 |
| ALPINE BANK & TRUST | Uns | 500.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH | Uns | 400.00 | NA | NA | 0.00 | 0.00 |
| AMERIMARK PREMIER | Uns | 166.00 | NA | NA | 0.00 | 0.00 |
| ILLINOIS BELL TELEPHONE | Uns | 648.00 | 522.56 | 522.56 | 91.84 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| OAK HARBOR CAPITAL LLC | Uns | 1,624.00 | 818.78 | 818.78 | 164.01 | 0.00 |
| MIDLAND FUNDING, LLC | Uns | 1,157.00 | 1,157.45 | 1,157.45 | 219.52 | 0.00 |
| CBC | Uns | 143.00 | NA | NA | 0.00 | 0.00 |
| CHECK N GO | Uns | 2,200.00 | NA | NA | 0.00 | 0.00 |
| CITIMORTGAGE INC | Uns | 14,812.00 | 18,587.24 | 18,587.24 | 3,723.28 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 450.00 | 288.17 | 288.17 | 50.64 | 0.00 |
| CREDIT ONE BANK | Uns | 1,065.00 | NA | NA | 0.00 | 0.00 |
| CREDIT ONE BANK | Uns | 1,124.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 324.00 | 324.40 | 324.40 | 57.01 | 0.00 |
| CREDITORS PROTECTION | Uns | 150.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 415.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 260.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 119.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 103.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 71.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 101.00 | 101.38 | 101.38 | 17.81 | 0.00 |
| CREDITORS PROTECTION | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 112.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 99.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 74.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS' PROTECTION SERVICE | Uns | 118.00 | 3,166.72 | 3,166.72 | 634.34 | 0.00 |
| CREDITORS PROTECTION | Uns | 159.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 264.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 100.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 186.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 125.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| CREDITORS PROTECTION | Uns | 73.00 | NA | NA | 0.00 | 0.00 |
| DIRECT MERCHANTS BANK | Uns | 1,116.00 | NA | NA | 0.00 | 0.00 |
| DR LEONARDS HEALTHCARE | Uns | 177.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 550.00 | 550.53 | 550.53 | 96.76 | 0.00 |
| PREMIER BANKCARD/CHARTER | Uns | 919.00 | 919.05 | 919.05 | 184.10 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|---|---|---|
| FOOT FIRST PODIATRY | Uns | 83.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,055.00 | 1,154.60 | 1,154.60 | 218.98 | 0.00 |
| PORTFOLIO RECOVERY | Uns | 1,072.00 | 1,203.38 | 1,203.38 | 228.23 | 0.00 |
| LVNV FUNDING | Uns | 1,134.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,113.00 | 1,155.45 | 1,155.45 | 219.14 | 0.00 |
| LVNV FUNDING LLC | Uns | 1,318.00 | 1,364.62 | 1,364.62 | 258.81 | 0.00 |
| MCI | Uns | 136.00 | NA | NA | 0.00 | 0.00 |
| MCYDSNB | Uns | 1,130.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Uns | 510.00 | 386.60 | 386.60 | 67.95 | 0.00 |
| ORCHARD BANK | Uns | 1,062.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD GASTROENTEROLOGY | Uns | 203.00 | NA | NA | 0.00 | 0.00 |
| ROCKFORD HEALTH PHYSICIANS | Uns | 277.00 | 375.00 | 375.00 | 65.91 | 0.00 |
| ROCKFORD MERCANTILE AGENCY | Uns | 204.00 | 895.23 | 895.23 | 179.33 | 0.00 |
| T - MOBILE | Uns | 922.00 | NA | NA | 0.00 | 0.00 |
| OAK HARBOR CAPITAL, LLC | Uns | 504.00 | 598.79 | 598.79 | 105.24 | 0.00 |
| US DEPARTMENT OF EDUCATION | Uns | 1,054.00 | 1,109.34 | 1,109.34 | 210.39 | 0.00 |
| MIDLAND FUNDING LLC | Uns | 160.00 | 160.15 | 160.15 | 17.37 | 0.00 |
| VANDA, LLC | Uns | 2,414.00 | 1,640.86 | 1,640.86 | 328.68 | 0.00 |
| ALICIA HARRIS | Uns | 0.00 | NA | NA | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Uns | 0.00 | 1,700.25 | 1,700.25 | 340.58 | 0.00 |
| COMMONWEALTH EDISON CO | Uns | 0.00 | 609.75 | 609.75 | 122.18 | 0.00 |
| ALLIED BUSINESS ACCOUNTS INC | Uns | 0.00 | 307.80 | 307.80 | 54.10 | 0.00 |
| CRESENT RECOVERY LLC | Uns | 0.00 | 1,227.47 | 1,227.47 | 232.80 | 0.00 |
| ASCENT CARD SERVICES LLC | Uns | 0.00 | 643.49 | 643.49 | 128.90 | 0.00 |
| SFC | Uns | 0.00 | 982.69 | 982.69 | 196.85 | 0.00 |
| SFC | Uns | 0.00 | 553.17 | 553.17 | 97.22 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS, LLC | Uns | 0.00 | 347.37 | 347.37 | 61.05 | 0.00 |
| SANTANDER CONSUMER USA INC | Sec | 0.00 | 14,325.00 | 0.00 | 0.00 | 0.00 |
| SANTANDER CONSUMER USA INC | Uns | 0.00 | 3,669.76 | 0.00 | 0.00 | 0.00 |

UST Form 101-13-FR-S (9/1/2009)

<u>Summary of Disbursements to Creditors:</u>

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| Mortgage Arrearage | $ 8,474.15 | $ 8,474.15 | $ 0.00 |
| Debt Secured by Vehicle | $ 31,600.00 | $ 30,771.43 | $ 3,250.69 |
| All Other Secured | $ 0.00 | $ 0.00 | $ 0.00 |
| **TOTAL SECURED:** | $ 40,074.15 | $ 39,245.58 | $ 3,250.69 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $ 0.00 | $ 0.00 | $ 0.00 |
| Domestic Support Ongoing | $ 0.00 | $ 0.00 | $ 0.00 |
| All Other Priority | $ 2,249.48 | $ 2,249.48 | $ 0.00 |
| **TOTAL PRIORITY:** | $ 2,249.48 | $ 2,249.48 | $ 0.00 |
| **GENERAL UNSECURED PAYMENTS:** | $ 49,867.67 | $ 9,747.16 | $ 0.00 |

<u>Disbursements:</u>

| | |
|---|---|
| Expenses of Administration | $ 5,936.33 |
| Disbursements to Creditors | $ 54,492.91 |
| **TOTAL DISBURSEMENTS:** | $ 60,429.24 |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Date: 07/22/2014      By: /s/ Lydia S. Meyer
                                                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-13-FR-S (9/1/2009)